CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
for Cville
APR 0 6 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Civil Action No. 3-06-cv-00026 |
| Plaintiff, | FINAL ORDER |
| v. | By: Hon. Glen E. Conrad<br>United States District Judge |
| RUSSELL ROHRBAUGH, et al., | |
| Defendants. | |

Plaintiff Metropolitan Life Insurance Company brought this action seeking to interplead with the Court for the disbursement of proceeds of a life insurance policy issued to Beulah R. Hay. On October 6, 2006, the case was referred to United States Magistrate Judge B. Waugh Crigler pursuant to 28 U.S.C. § 636(b)(1)(B). Following conduct of a plenary hearing on February 26, 2007, the Magistrate Judge submitted a report in which he recommends that the district court enter judgment in favor of Edith R. Taylor, and against all other claimants as to the entire insurance proceeds, including interest, and that the case be dismissed from the pending docket of the court. All parties were advised that failure to file written objections to the report within ten days would be deemed to constitute a waiver of the right to contest the Magistrate Judge's findings and conclusions. The ten days has expired, and no objections to the Report and Recommendation have been filed by any party.

For reasons stated in the Magistrate Judge's Report and Recommendation, and in the absence of any objections thereto, it is now

ORDERED

that the Report and Recommendation shall be, and it hereby is adopted in its entirety. Wells v. Shriners Hospital, 109 F.3d 198, 199 (4th Cir. 1997) (failure to file written objections to report and

recommendation constitutes a waiver of the right to further contest those issues); <u>Wright v. Collins</u>, 766 F.2d 841 (4th Cir. 1985) (pro se litigant must be advised of the effect of failure to file written objections to report and recommendation in order for the report to be binding on the litigant).

Accordingly, it is further

ORDERED

that judgment shall be and hereby is entered in favor of Edith R. Taylor, and against all other claimants as to the entire insurance proceeds, together with such interest which has accrued in the registry of the court. The Clerk is directed to remit the awarded judgment to Edith R. Taylor, 21322 Payton Lane, Lignum, VA 22726. The Clerk is further directed to strike the case from the active docket of the court, and to send a certified copy of this order to all parties.

ENTER: April 3, 2007.

_____
United States District Judge